# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO:  AU:25-CR-00155(1)-ADA |
| (1) JUAN CARLOS MURGUIA-DE LA CRUZ | § § | |

## ORDER

      On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed March 27, 2025, wherein the defendant (1) JUAN CARLOS MURGUIA-DE LA CRUZ waived appearance before this Court and appeared before United States Magistrate Judge Dustin M. Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) JUAN CARLOS MURGUIA-DE LA CRUZ to the Report and Recommendation, the Court enters the following order:

      **IT IS THEREFORE ORDERED** that the defendant (1) JUAN CARLOS MURGUIA-DE LA CRUZ's plea of guilty to Count One (1) is accepted.

      Signed this 16th day of April, 2025.

                                                          ALAN D ALBRIGHT
                                                          UNITED STATES DISTRICT JUDGE